1
2
3
4
5                    **UNITED STATES DISTRICT COURT**
6
7                          **DISTRICT OF NEVADA**
8
9                                 * * *
10
11  UNITED STATES OF AMERICA,      )
                                   )
12           Plaintiff,            )
                                   )
13                                 )
       vs                          )      **2:11-cr-409-LRH-CWH**
14                                 )
    JAWAD "JOE" QUASSANI,          )
15                                 )
             Defendant,            )
16  _____ )

17          **ORDER REQUIRING PAYMENT FOR APPOINTED COUNSEL**

18          Pursuant to the provisions of the Criminal Justice Act,
19  18 U.S.C. 3006A, the Peter S. Christiansen, Esq. was appointed as
20  counsel for the above-named defendant on May 2, 2012.
21       Based upon a review of the defendant's financial affidavit
22  and other relevant inquiry, the Court now finds that the defendant
23  possesses financial resources sufficient to bear some or all of
24  the cost of his or her CJA representation, i.e., funds are
25  available from or on behalf of the defendant for payment of
26  compensation and expenses of court-appointed counsel and/or for
27  other services necessary for adequate representation.  Accord-
28  ingly, pursuant to the provisions of 18 U.S.C. 3006A(f),

IT IS ORDERED that the defendant shall reimburse the Treasury of the United States for the cost of his representation at the rate of **$400.00 per month,** payable to the **Clerk of the Court** for deposit in the Treasury, as follows: the defendant's **first payment shall be due on June 1, 2012,** and subsequent payments due on the 1st day of each month thereafter until the case has been concluded. The total amount of reimbursement shall be determined by the Court at the conclusion of this case.

Dated this 4th day of May, 2012.

_____
**UNITED STATES MAGISTRATE JUDGE**

- 2 -