**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>JAWAD "JOE" QUASSANI,<br><br>　　　　　　Defendant. | Case No. 2:11-cr-00409-LRH-CWH<br><br>**AMENDED ORDER REGARDING CONSENT TO REPLACE COUNSEL OF RECORD** |

　　The court, having reviewed the Consent of Joe Quassani, attached hereto as Exhibit "A," hereby approves and appoints CJA Counsel, Richard E. Tanasi, Esq., as trial counsel for Joe Quassani, in *U.S.A. v. Quassani*, in place of Peter S. Christiansen, Esq.

　　DATED this 9th day of September, 2013.
　　Nunc Pro Tunc:  June 11, 2013.

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　LARRY R. HICKS
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

# EXHIBIT A

# EXHIBIT A

## Consent of Joe Quassani

By signing below, I knowingly and voluntarily consent to Richard E. Tanasi, Esq. representing me at my trial in U.S. v. Quassani in place of Peter S. Christiansen, Esq. Richard E. Tanasi, Esq. has been working on my case, is a C.J.A. panel attorney, and is an associate with Peter S. Christiansen, Esq.

*[signature]*
Joe Quassani

7/2/13
Dated

Eglet Wall Christiansen