UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>JAWAD "JOE" QUASSANI,<br><br>    Defendant. | 2:11-CR-0409-LRH-CWH<br><br><u>ORDER</u> |

Before the court is defendant Jawad "Joe" Quassani's ("Quassani") motion for voir dire, in addition to those so stipulated. Doc. #84. The court has reviewed Quassani's motion and finds his request moot in light of the completed jury trial in this action. Accordingly, the court shall deny Quassani's motion.

IT IS THEREFORE ORDERED that defendant's motion for voir dire (Doc. #84) is DENIED as moot.

IT IS SO ORDERED.

DATED this 18th day of October, 2013.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE