UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | 2:11-cr-00409-LRH-(CWH) |
| Plaintiff, ) | |
| ) | MINUTE ORDER |
| vs. ) | |
| ) | April 13, 2016 |
| JAWAD "JOE" QUASSANI, ) | |
| ) | |
| Defendant. ) | |
| ) | |

PRESENT: THE HONORABLE LARRY R. HICKS, UNITED STATES DISTRICT JUDGE

DEPUTY CLERK: NONE APPEARING        REPORTER: NONE APPEARING

COUNSEL FOR PLAINTIFF(S):        NONE APPEARING

COUNSEL FOR DEFENDANT(S):        NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

Before the court is Defendant's Motion for Leave to File Reply to the Government's Response to Petitioner's Motion to Vacate Sentence under 28 U.S.C. § 2255 (ECF No. 152[1]) whereby Defendant requests an additional thirty (30) days from his motion for leave date in which to file his reply in support of his Motion to Vacate Sentence under 28 U.S.C. § 2255 (ECF No. 149). Good cause appearing,

Defendant's Motion for Leave to File Reply to the Government's Response to Petitioner's Motion to Vacate Sentence under 28 U.S.C. § 2255 (ECF No. 152) is **GRANTED**. Defendant shall have until Thursday, May 5, 2016, by which to file and serve his reply in support of his Motion to Vacate Sentence under 28 U.S.C. § 2255 (ECF No. 149).

LANCE S. WILSON, CLERK

By:    /s/
       Deputy Clerk

---

[1]Refers to court's docket number.